# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: _____

Case No.: _____    Chapter: _____

**Change of Address for**:
    Debtor ___ Creditor ___ Attorney for Debtor ___ Attorney for Creditor___

**Change for:**
    Notices ONLY ___ Payments ONLY ___ Notices and Payments ___

EFFECTIVE DATE OF CHANGE:       _____

Name:                                      _____

Prior Address:          Notices: P.O. Box 6030, Sioux Falls, SD 57117-6030
                        Pymnts: P.O. Box 688971, Des Moines, IA 50368-8971
                        _____

****************************************************************

New Address:                               _____
                                       _____
                                       _____

Change of Address Was Furnished By:   Debtor_____   Creditor_____   Attorney _____

Date**:** _____         Signature of Filer: _____
                          Telephone Number: _____

**IF FILED BY ATTORNEY**

Attorney Name:                             _____

Bar ID:                                    _____
Address:                                   _____
                                       _____

Revised August 2012

Chapter: 13

Case No: 17-54482-WLH

In Re:

SHIRLENE W. SPEAR, Debtor

I, Ryan Starks, certify that a true and correct copy of Notice of Address Change was served upon the following person(s) via first class mail U.S. Postage paid or by electronic notification:

SHIRLENE W. SPEAR
1469 DESOTO AVE SW
ATLANTA, GA 30310

HOWARD P. SLOMKA
SLIPAKOFF & SLOMKA, PC
OVERLOOK III- SUITE 1700, 2859 PACES FERRY RD, SE
ATLANTA, GA 30339-6213

NANCY J. WHALEY, TRUSTEE
303 PEACHTREE CENTER AVENUE, STE 120, SUNTRUST GARDEN PLAZA
ATLANTA, GA 30303


Date: __12/05/18_____       /s/ Ryan Starks
                                Ryan Starks
                                Georgia Bar No. 676512
                                Phelan Hallinan Diamond & Jones, PLLC
                                11675 Great Oaks Way
                                Suite 375
                                Alpharetta, GA 30022
                                Tel: 770-393-4300 Ext 60024
                                Fax: 770-393-4310
                                Email: ryan.starks@phelanhallinan.com
                                GAND.bankruptcy@phelanhallinan.com